**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 9:16-CV-81047-ROSENBERG/WHITE**

GUILLERMO FUENTES,

    Plaintiff,

v.

JULES HELLER, M.D., *et al*.,

    Defendants.
_____/

**ORDER ADOPTING MAGISTRATE'S REPORT AND RECOMMENDATION**

This matter is before the Court upon Defendant Heller's Motion for Summary Judgment [DE 65] and Defendants Stine and GEO Group, Inc.'s Motion for Summary Judgment [DE 66], which were previously referred to the Honorable Patrick A. White for a Report and Recommendation [DE 3]. On December 7, 2017, Magistrate Judge White issued a Report and Recommendation recommending that Defendants' motions be granted. Plaintiff filed objections [DE 82]. The Court has conducted a *de novo* review of Magistrate Judge White's Report and Recommendation, Plaintiff's objections, and the record, and is otherwise fully advised in the premises.

Upon review, the Court finds Magistrate Judge White's recommendations to be well reasoned and correct. The Court agrees with the analysis in Magistrate Judge White's Report and Recommendation and concludes that the Defendants' motions for summary judgment should be granted for the reasons set forth therein.

For the foregoing reasons, it is **ORDERED AND ADJUDGED** as follows:

    1.    Magistrate Judge White's Report and Recommendation [DE 81] is **ADOPTED**;

2. Defendant Heller's Motion for Summary Judgment [DE 65] is **GRANTED**;

3. Defendants Stine and GEO Group, Inc.'s Motion for Summary Judgment [DE 66] is **GRANTED**;

4. The Clerk of the Court is directed to **CLOSE THIS CASE**;

5. All other pending motions are **DENIED AS MOOT**, all deadlines are **TERMINATED**, and all hearings are **CANCELLED**.

6. Final Judgment will be entered separately this same day.

**DONE AND ORDERED** in Chambers, Fort Pierce, Florida, this 10th day of January, 2018.

*[signature]*

ROBIN L. ROSENBERG
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Guillermo Fuentes, Pro Se