UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 9:16-CV-81047-ROSENBERG/WHITE

GUILLERMO FUENTES,

    Plaintiff,

v.

JULES HELLER, M.D., *et al.*,

    Defendants.

_____/

**FINAL JUDGMENT FOR DEFENDANT**

For the reasons stated in the Order Adopting Magistrate's Report and Recommendation [DE 83], entered January 10, 2018, and pursuant to Federal Rule of Civil Procedure 58(a), it is

**ORDERED AND ADJUDGED** that final judgment is hereby entered in favor of Defendants Jules Heller, M.D., D.L. Stine, and GEO Group, Inc. and against Plaintiff Guillermo Fuentes, who shall take nothing in this action.

**DONE AND ORDERED** in Chambers, Fort Pierce, Florida, this 10th day of January, 2018.

                                                                              ROBIN L. ROSENBERG
Copies furnished to:                                       UNITED STATES DISTRICT JUDGE
Counsel of record
Guillermo Fuentes, Pro Se