FROM: Guillermo Fuentes, ID#194877
Okeechobee Correctional Institution
3420 N.E. 168TH Street
Okeechobee, Florida 34972

Octubre 4, 2018

FILED by SAS D.C.
OCT 10 2018
STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S. D. of FLA. – MIAMI

PROVIDED TO OKEECHOBEE CORRECTIONAL INSTITUTION
ON 10/4/18 FOR MAILING
BY SF   G.F.

TO: *U.S.D. Court,* Southern District of Fla.*
Office of the Clerk, Room 8N09,
400 North Miami AVE, Miami, Fla. 33128-7716

*RE:* *Case No.: 16-CIV-81047-Rosenberg
Mag. Judge, P.A. WHITE

*INQUIRY REQUEST PURSUANT TO FLA. STATUTE 119.01*

Comes now the petitioner, Guillermo Fuentes, respectfully to this Honorable Clerk, requesting certified copies of CASE DOCKET SHEET from the above case number(s) from June 2016-2018; also copies sheet of the Magistrate Judge's Report [DE#81]. Thank you in advance and so gratefully for your attention.

Respectfully submitted,
/S/ _____
Guillermo Fuentes, ID #194877
O.C. Inst. 3420 N.E. 168TH Street
Okeechobee, Florida 34972

*Jesus Christ,* the Lord,* Loves you.* *God bless you in His name* *Amen*

Guillermo Fuentes ET/
Okeechobee Correctional Institution
3420 N.E. 168th Street
Okeechobee, Florida 34972

MAILED FROM
OKEECHOBEE CORRECTIONAL
INSTITUTION

USMS INSPECTED

RECEIVED

United States District Court
Southern District of Florida
400 North Miami AVE 8TH Floor NO 9
Miami, Florida 33128-7716